IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00197-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| TIMOTHY GOVERNOR ALEXANDER (1) | ) ) ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a writ of habeas corpus for jail credit. (Doc. No. 113).

In denying the defendant's previous motion on the same issue, the Court noted that a challenge to the execution of a sentence may be filed under 28 U.S.C. § 2241 in the district of confinement, which continues to be the Western District of Louisiana. (Doc. No. 112: Order at 2).

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion for writ of habeas corpus for jail credit, (Doc. No. 113), is **DISMISSED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Marshals Service.

Signed: November 10, 2020

Robert J. Conrad, Jr.
United States District Judge